**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Port Louis Owners Association, Inc** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **72-1282343** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **506 E. Rutland Street**<br>**Covington, LA 70433**<br>Number, Street, City, State & ZIP Code | **PO Box 846**<br>**Madisonville, LA 70447**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Tammany**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **https://portlouishoa.com/home/**

6. Type of debtor

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor **Port Louis Owners Association, Inc**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **8699**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Port Louis Owners Association, Inc**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Port Louis Owners Association, Inc**  Case number (*if known*)
Name

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

Debtor **Port Louis Owners Association, Inc**      Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2024**
                   MM / DD / YYYY

**X /s/ Rodney Durst**                 **Rodney Durst**
Signature of authorized representative of debtor      Printed name

Title    **Agent/Manager**

**18. Signature of attorney**

**X /s/ Renée L. Achée (LA**        Date **December 26, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Renée L. Achée (LA 2300)**
Printed name

**Achée Law Firm L.L.C.**
Firm name

**200 Mariners Plaza Dr**
**Suite 201**
**Mandeville, LA 70448**
Number, Street, City, State & ZIP Code

Contact phone **(985) 674-0033**      Email address **rlaw641@aol.com**

**(LA 2300) LA**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Port Louis Owners Association, Inc** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Heather Cieutat** % Bradley J Schwab. Esq 1100 Poydras St ste 2810 New Orleans, LA 70163 | | **22nd JDC 2022-15495 "E"** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Gary Loyd and Centauri National Ins** % Adam P. Sanderson, ESQ 650 Poydras St Ste 1550 New Orleans, LA 70130 | | **22nd JDC 2022-15341 "E:** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Kiel Capital** % Rebecca D Barham, Esq 18165 E Petroleum Dr ste A Baton Rouge, LA 70809 | | **22nd JDC 2023-11039 "D"** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Gary Loyd** %Andre M. Boudreaux 701 Poydras St Ste 4800 New Orleans, LA 70139 | | **Port Louis vs Gary Loyd, who has filed a reconventional demand** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Matt Weisensee** % Adam P. Sanderson, Esq 650 Poydras St ste 1550 New Orleans, LA 70130 | | **Matt Weisensee v. Wilshire Ins Co 22nd JDC 2022-15342 "I"** | **Contingent Unliquidated Disputed** | | | $0.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Anthony S. Maska
Attorney at Law
PO Box 2606
Hammond LA 70404


Centauri National I/ns
%Katy Britton Kennedy, ESQ
5025 Danneel St
New Orleans LA 70115


Heather Cieutat
% Bradley J Schwab. Esq
1100 Poydras St ste 2810
New Orleans LA 70163


Gary Lloyd
% Kent B Payne, Esq
8550 United Plaza Blvd, ste 702
Baton Rouge LA 70809


Gary Loyd and Centauri National Ins
% Adam P. Sanderson, ESQ
650 Poydras St Ste 1550
New Orleans LA 70130


Kiel Capital
% Rebecca D Barham, Esq
18165 E Petroleum Dr ste A
Baton Rouge LA 70809


Gary Loyd
%Andre M. Boudreaux
701 Poydras St Ste 4800
New Orleans LA 70139


Matt Weisensee
% Adam P. Sanderson, Esq
650 Poydras St ste 1550
New Orleans LA 70130


Port Loiis HOA
% Michael S, Futrell, Esq
3421 N Causeway Blvd ste 408
Metairie LA 70002

Port Louis Owners Association, Inc -

Port Louis HOA
% Candance R. LeBlanc, Esq
1850 N Causeway Blvd ste 1230
Metairie LA 70002

Succession of Brandon Klye Stevens
% Shannon K. Lowry, Esq
410 N Jefferson Ave
Covington LA 70433

Wells Fargo NA
% Andrew R. Decoste, Esq
1850 N Causeway Blvd ste 1230
New Orleans LA 70130

Wilshire Ins Co
John E Baay Esq
701 Poydras St ste 4800
New Orleans LA 70139-7756

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **Port Louis Owners Association, Inc**     Case No. _____
                                    Debtor(s)     Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Port Louis Owners Association, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 26, 2024**            **/s/ Renée L. Achée (LA**
Date                            **Renée L. Achée (LA 2300)**
                                   Signature of Attorney or Litigant
                                   Counsel for **Port Louis Owners Association, Inc**
                                   **Achée Law Firm L.L.C.**
                                   **200 Mariners Plaza Dr**
                                   **Suite 201**
                                   **Mandeville, LA 70448**
                                   **(985) 674-0033 Fax:(985) 674-0299**
                                   **rlaw641@aol.com**